IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:21-CV-00450-D

| | |
|---|---|
| LORNA J. WYCHE, BON APPETIT SPA, LLC., and ALKALINE DETOX SHOP, LLC. ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **ORDER GRANTING JOINT MOTION TO STAY THE CASE PENDING ARBITRATION** |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, and VERIZON WIRELESS SERVICES, LLC. ) ) ) ) | |
| Defendants. ) | |

Upon this Court's review of the Joint Stipulation of the Parties to Binding Arbitration and Motion to Stay the Case Pending Arbitration, and for good cause shown, this Court hereby grants the Motion to Stay all deadlines and proceedings in this case. The parties shall notify the Court upon completion of arbitration.

**SO ORDERED. This 13 day of January, 2022.**

JAMES C. DEVER III
United States District Judge